UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
VICKI HERSCHMAN,                     :

                Plaintiff,           :

        -v-                          :        08 Civ. 11126 (JSR)

                                     :
CITY UNIVERSITY OF NEW YORK,         :

                                     :        ORDER
                Defendant.           :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        On February 28, 2011, the Honorable Frank Maas, United States

Magistrate Judge, issued a Report and Recommendation in the above-

captioned matter recommending that the Court grant defendant's motion

for summary judgment.  Objections to the Report and Recommendation were

due on March 17, 2011, but the Court granted plaintiff a one-week

extension of that deadline.  Plaintiff subsequently filed her

objections on March 24, 2011.  Accordingly, the Court has reviewed the

objections and the underlying record de novo.

        Having done so, the Court finds itself in complete agreement

with Magistrate Judge Maas's Report and Recommendation and hereby

adopts it in full as if incorporated by reference herein.  Defendant's

motion for summary judgment is therefore granted in its entirety,

and the Clerk of the Court is directed close item number 28 on the

docket of this case and enter final judgment.

        SO ORDERED.

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        March 28, 2011